UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MOHAMMAD ARIF | § | |
| MOHAMMAD YOUSAF, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | SA-26-CV-2190-FB (HJB) |
| | § | |
| BOBBY THOMPSON, Warden | § | |
| South Texas Detention Facility; | § | |
| MIGUEL VERGARA, Field Office | § | |
| Director for Detention and Removal, | § | |
| U.S. Immigration and Customs | § | |
| Enforcement; TODD LYONS, Acting | § | |
| Director, U.S. Immigration and Customs | § | |
| Enforcement, MARKWAYNE MULLIN, | § | |
| Secretary, Department of Homeland | § | |
| Security; and TODD BLANCHE, [1] | § | |
| Acting United States Attorney General, | § | |
| | § | |
| Respondents. | § | |

**ORDER SETTING
VIDEO STATUS CONFERENCE**

The matter before the Court is the status of this case, which was referred on April 2, 2026, by the District Court to the undersigned for pretrial proceedings including any requests for injunctive relief pursuant to 28 U.S.C. § 636(b)(1).  (*See* Docket Entry 3.)

It is hereby **ORDERED** that a Status Conference is set on **April 28, 2026**, at **3:30 P.M.** The conference will be held by video teleconference using the Zoom video platform.  On the designated date and time of the conference, the parties are directed to join ZOOMGOV meeting,

---

[1] Todd Blanche was appointed acting Attorney General on April 2, 2026. Blanche is therefore substituted for former Attorney General Pamela Bondi as the proper, named Respondent. *See* FED. R. CIV. P. 25(d).

at the following address:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system.  Parties having any difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on April 22, 2026.

Henry J. Bemporad
United States Magistrate Judge