UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MOHAMMAD ARIF MOHAMMAD YOUSAF, <br><br> Petitioner, <br><br> v. <br><br> BOBBY THOMPSON, Warden South Texas Detention Facility; MIGUEL VERGARA, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, MARKWAYNE MULLIN, Secretary, Department of Homeland Security; and TODD BLANCHE, [1] Acting United States Attorney General, <br><br> Respondents. | § § § § § § § § § § § § § § § § § § § § | SA-26-CV-2190-FB |

## ORDER CANCELLING STATUS CONFERENCE
## AND RETURNING CASE TO DISTRICT COURT

On May 18, 2026, the undersigned filed a Report and Recommendation recommending that Petitioner's Petition for Writ of Habeas Corpus (Docket Entry 1) be **GRANTED IN PART** and that the Petitioner be **RELEASED**. (*See* Docket Entry 12.)

In light of the issuance of the Report and Recommendation, it is hereby **ORDERED** that the Status Conference on June 2, 2026, is **CANCELLED** and the parties are excused from appearing on that date.

---

[1] Todd Blanche was appointed acting Attorney General on April 2, 2026. Blanche is therefore substituted for former Attorney General Pamela Bondi as the proper, named Respondent. *See* FED. R. CIV. P. 25(d).

It is **FURTHER ORDERED** that this case is **RETURNED** to the District Court for consideration of the Petition for Writ of Habeas Corpus.

**SIGNED** on May 18, 2026.

Henry J. Bemporad
United States Magistrate Judge